1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney

2    BRIAN J. STRETCH (CABN 163973)
3    Chief, Criminal Division

4    OWEN P. MARTIKAN (CABN 177104)
     Assistant United States Attorney

5
     450 Golden Gate Avenue, 11th Floor
6    San Francisco, California 94102
     Telephone: (415) 436-7241
7    Fax: (415) 436-7234

8    Attorneys for the United States

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12                                               **3   08   70246**
     UNITED STATES OF AMERICA,          )    CRIMINAL NO.
13                                      )
         Plaintiff,                     )
14                                      )    NOTICE OF PROCEEDINGS ON
         v.                             )    OUT-OF-DISTRICT CRIMINAL
15                                      )    CHARGES PURSUANT TO RULES
     MANUEL SOLIZ-CARRANZA              )
16                                      )
         Defendant.                     )
17                                      )
                                        )
18

19   Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20   Procedure that on April 23, 2008, the above-named defendant was arrested based upon an arrest

21   warrant (copy attached) issued upon a Petition For Warrant for Offender Under Supervision

22   (copy attached) pending in the Southern District of California, Case Number 02-CR-2192 J. In

23   the petition, the defendant is charged with three counts of violations of the terms of his

24   supervised release, pursuant to Title 18, United States Code, Section 3583.

25                                           Respectfully Submitted,

26                                           JOSEPH P. RUSSONIELLO
                                             United States Attorney
27

28   Date: April 23, 2008
                                             OWEN P. MARTIKAN
                                             Assistant United States Attorney

FILED

2008 APR 24  PM 2: 18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

AO 442                                                      FID NO 582454

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA   83490-198

UNITED STATES OF AMERICA                          8/19/1948

V.                                  **WARRANT FOR ARREST**

Manuel Soliz-Carranza

**CASE NUMBER:**   02-CR-2192-001 J

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        Manuel Soliz-Carranza

                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
                                                                                 ☐ Pretrial Violation

charging him or her with (brief description of offense)

RECEIVED
2008 AUG -8  A 11: 2
U.S. MARSHALS SERVICE
EL CENTRO OFFICE

In violation of Title      See Above       United States Code, Section(s)

W. Samuel Hamrick, Jr.                     Clerk of the Court
Name of Issuing Officer                    Title of Issuing Officer
      A. Everill                           August 7, 2007 San Diego, CA
Signature of Deputy                        Date and Location

Bail fixed at $        No Bail        by    The Honorable Napoleon A. Jones, Jr.
                                            Name of Judicial Officer

| RETURN | |
|---|---|

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I 'D'        El Centro        DUE 8/9
                ZAMUDIO

MAR 24 2008 14:05 FR USMS ADMIN ELC    760 370 3945 TO 914154367621    P.03/06
08/08/2007 11:13    619-557-5959    VCTF FUGITIVE GROUP    PAGE    03/03

PROB 12C
(04/05)

July 26, 2007

### UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 AUG -7 AM 11: 57

CLERK US DISTRICT COURT
SOUTHERN DISTRICT CALIFORNIA

**Petition for Warrant or Summons for Offender Under Supervision**

BY_____ DEPUTY

**Name of Offender:** Manuel SOLIZ-Carranza (Spanish)

**Dkt No.:** 02-CR-2192-001-J

**Reg. No.:** 83490-198

**Name of Sentencing Judicial Officer:** The Honorable Napoleon A. Jones, Jr., U.S. District Judge

**Date of Sentence:** June 26, 2006

**Original Offense:** 21 U.S.C. §§ 952, and 960, Importation of Marijuana, a Class D felony.

**Sentence:** 8 months custody, 28 months supervised release *(Special Conditions: no firearms; search; allowed to reside in Mexicali at the discretion of probation; resolve all outstanding warrants within 120 day; reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of up to 120 days pending placement in a residential drug treatment program; and participate in the drug aftercare program.)*

**Modification:** *On April 13, 2007, supervised release modified to include: Reside in a Residential Re-entry Center (RRC) for a period of up to120 days, as directed by the probation officer.*

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** January 10, 2007

**Asst. U.S. Atty.:** Francisco Sanchez, Jr.

**Defense Counsel:** Gerg Obenauer (Appointed) (619) 230-1523

**Prior Violation History:** The offender was initially sentenced on December 9, 2003, to 41 months custody and 3 years supervised release. His initial term of supervised release began on July 21, 2005.

On March 16, 2006, a violation report requesting a warrant was submitted to the court advising that the offender had used illicit drugs (methamphetamine and marijuana) and failed to drug test as directed. As a result, supervised release was revoked and the offender was sentenced as noted above.

On April 11, 2007, the probation officer submitted a letter to the court reporting the offender's unsuccessful termination from a residential drug treatment program. The undersigned officer requested that Mr. Soliz-Carranza be given the opportunity to enter a residential re-entry center (RRC) pending placement at a residential drug treatment center. Your Honor ordered said modification on April 13, 2007.

Case 3:08-mj-70246-MAG    Document 1    Filed 04/24/2008    Page 4 of 5

MAR 24 2008 14:05 FR USMS ADMIN ELC    760 370 3945 TO 914154367621    P.04/06
08/08/2007  11:13    619-557-5959    VCTF FUGITIVE GROUP    PAGE  04/09

FROM 1XC
Name of Offender: Manuel SOLIZ-Carranza                          July 26, 2007
Docket No.: 02-CR-2192-001-J                                     Page 2

## PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|

**(Special Condition)**
Participate in a program of drug or alcohol   1.   On April 7, 2007, Mr. Soliz-Carranza was
abuse treatment, including drug testing and          unsuccessfully terminated from residential drug
counseling, as directed by the probation          treatment (Volunteers of America).
officer.
*(n×21)*

***Grounds for Revocation:*** On April 10, 2007, Mr. Soliz-Carranza reported to the probation officer that he was unsuccessfully terminated from residential drug treatment on April 7, 2007. The offender admitted that his termination stemmed from his failure to adhere to in-house program rules such as failure to drug test, when directed, and late arrival to the program. The information provided by Mr. Soliz-Carranza was corroborated with program staff on April 11, 2007. Program staff additionally stated that the offender had been terminated for arriving to the program under the influence of alcohol.

**(Standard Condition)**
Not leave the judicial district without   2.   On April 8, 2007, Mr. Soliz-Carranza traveled
permission of the court or the probation         outside the judicial district without permission of
officer. *(n×4)*                the probation officer

***Grounds for Revocation:*** On April 9, 2007, during an office visit, Mr. Soliz-Carranza admitted to the undersigned that on April 8, 2007, he had traveled to Tijuana, B.C., Mexico without permission of the probation officer.

**(Special Condition)**
Participate in a program of drug or alcohol   3.   Mr. Soliz-Carranza failed to submit urine samples at
abuse treatment, including drug testing and         Mental Health Systems, Inc., on June 4, and July 2,
counseling, as directed by the probation         and 16, 2007, as instructed.
officer.
*(n×21)*

***Grounds for Revocation:*** I received and reviewed the MHS Monthly Noncompliance Reports, which confirm that on the above dates, Mr. Soliz-Carranza failed to submit urine samples, as directed in the prerecorded testing instructions.

MAR 24 2008 14:05 FR USMS ADMIN ELC    760 370 3945 TO 914154367621    P.05/06
08/08/2007  11:13   619-557-5959    VCTF FUGITIVE GROUP    PAGE  05/03

PROB 12C
Name of Offender: Manuel SOLIZ-Carranza    July 26, 2007
Docket No.: 02-CR-2192-001-J    Page 3

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: _July 26, 2007_

Respectfully submitted:    Reviewed and approved:

by _____    _____
Carlos Hernandez    Robert J. Walford
United States Probation Officer    Supervising U.S. Probation Officer
(619) 557 5862

Attachments

**THE COURT ORDERS:**

X    A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE
CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY
SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED
VIOLATIONS.

_____    Other _____

_____

_____    8-3-07
The Honorable Napoleon A. Jones, Jr.    Date
U.S. District Judge

8-7-07
I hereby attest and certify on _____
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy