FILED
MAY - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 25, 2008

Office of the Clerk
U.S. District Court
880 Front St.
San Diego CA 92101

Case Name: USA v. Soliz-Carranza
Case Number: 3:08-70246 MAG
Charges: 18:3583 Supervised release violation

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge James Larson. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 40 affidavit
    ~~original minute orders~~
    certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

FILED
APR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Date: _____

CLERK, U.S. DISTRICT COURT
By   A. Everill